UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   3:12-CR-90-TAV-HBG |
| | ) | |
| DONA RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on April 30, 2014 (the "R&R") [Doc. 165].   There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.   In the R&R, Magistrate Judge Guyton recommends that an order be entered denying the defendant's Motion to Suppress Alleged Statements of Defendant Rector [Doc. 100] be denied.

After a review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling.   Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 165] and it is **ORDERED** that the defendant's motion to suppress [Doc. 100] is hereby **DENIED**.

  IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE